Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
EVELYN RULEY

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| EVELYN RULEY, ) | Case No.: |
| ) | |
| Plaintiff, ) | **VERIFIED COMPLAINT AND DEMAND** |
| ) | **FOR JURY TRIAL** |
| vs. ) | |
| ) | **(Unlawful Debt Collection Practices)** |
| CREDIT ADJUSTMENT, INC., ) | |
| Defendant. ) | |
| ) | |
| ) | |

## VERIFIED COMPLAINT

EVELYN RULEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., allege the following against CREDIT ADJUSTMENT, INC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Verified Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in and is located in the state of Arizona, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Yuma, Yuma County, Arizona.

7. Plaintiff is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

8. Defendant is a corporation with a business office in Defiance, Ohio.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

**FACTUAL ALLEGATIONS**

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant calls Plaintiff on her pay-per-use cell phone at 760-562-9865.

12. Defendant calls Plaintiff from "blocked" numbers.

13. Defendant calls Plaintiff and does not provide meaningful disclosure of the caller's identity.

14. Defendant calls Plaintiff and fails to disclose the call is from a debt collector.

15. Plaintiff told Defendant not to call her on her pay-per-use cell phone as it results in charges to Plaintiff but Defendant continues to call the number.

16. Defendant did not send Plaintiff a debt validation letter.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural

- 2 -

consequence is the abuse and harassment of the Plaintiff.

b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in the attempt to collect a debt because Defendant calls Plaintiff from "blocked" telephone numbers.

e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in the attempt to collect a debt because Defendant calls Plaintiff and does not inform the Plaintiff the call is from Credit Adjustment, Inc.

f. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in the attempt to collect a debt because Defendant calls Plaintiff and does not disclose that the call is from a debt collector.

g. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications with Plaintiff that the call is from a debt collector.

h. Defendant violated *§1692f(5)* of the FDCPA by causing charges to be made to Plaintiff because Defendant calls Plaintiff from "blocked" numbers on her pay-per-use cell phone and after Plaintiff requested that Defendant not do so.

i. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the

validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs have suffered emotional distress (see Exhibit A).

WHEREFORE, Plaintiff, EVELYN RULEY, respectfully requests judgment be entered against Defendant, CREDIT ADJUSTMENT, INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, EVELYN RULEY, demands a jury trial in this cause of action.

VERIFIED COMPLAINT

                                              RESPECTFULLY SUBMITTED,

DATED: May 27, 2009            KROHN & MOSS, LTD.

                                  By: /s/ Ryan Lee

                                  Ryan Lee
                                  Attorney for Plaintiff

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, EVELYN RULEY, state as follows:

1. I am the Plaintiffs in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by our attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit we have provided to our attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by our attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EVELYN RULEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 05/28/09                    _____
                                        EVELYN RULEY

# EXHIBIT A

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — **YES** NO
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I am so afraid that my paychecks will be taken away. Right now I'm on workers comp due to an injury and I still have personal bills to pay every month just to survive. My boyfriend just helped me get a car for work and now I'm afraid I will lose it because of this collection place.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 05/28/09

_____
Signed Name

Evelyn Ruley
Printed Name